February 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PAUL ANTHONY CRAYTON, Appellant

NOS. 14-13-01021-CR and
     14-13-01022-CR              V.

THE STATE OF TEXAS, Appellee

_____

These consolidated causes were heard on their respective records. Having inspected the records, this Court finds no error in either of the judgments.

In Cause No. 14-13-01021-CR, this Court orders the judgment of the court below **AFFIRMED.** We further order appellant to pay all costs incurred in this appeal. We further order this decision certified below for observance.

In Cause No. 14-13-01022-CR, this Court orders the judgment of the court below **AFFIRMED.** We further order appellant to pay all costs incurred in this appeal. We further order this decision certified below for observance.